

CHRISTOPHER E. COBEY, SBN 060821
MARYAM S. KARSON, SBN 221184
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando Street, 14th Floor
San Jose, CA 95113
Telephone:    408.998.4150
Facsimile:    408/790-0564
ccobey@littler.com
mkarson@littler.com

Attorneys for Defendant
BD BIOSCIENCES, a business segment of
BECTON, DICKINSON AND COMPANY, a New
Jersey corporation (erroneously sued herein as "BD
BIOSCIENCES, a division of BECTON,
DICKINSON and CO.")

FILED
2007 AUG 21 P 1:43
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DALIP SINGH,

    Plaintiff,

v.

BD BIOSCIENCES, a division of
BECTON, DICKINSON and CO., and
DOES 1 through 20, inclusive,

    Defendants.

Case No. C07 04300 HRL

CERTIFICATION AND NOTICE OF
INTERESTED PARTIES (Local Rule 3-16)

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendant BD BIOSCIENCES, a business segment of BECTON, DICKINSON AND COMPANY, a New Jersey corporation (erroneously sued herein as "BD BIOSCIENCES, a division of BECTON, DICKINSON and CO."), certifies that to his knowledge, there are no parties other than the named parties that have:

    (a)    a financial interest of any kind in the subject matter in controversy or in a party to the proceeding, or

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

1  (b)  any other kind of interest that could be substantially affected by the outcome of the
2  proceeding.

3
Dated: August 21, 2007                          Respectfully submitted,
4

5
                                                */s/ Christopher E. Cobey*
6                                               CHRISTOPHER E. COBEY
                                                LITTLER MENDELSON
7                                               A Professional Corporation
                                                Attorneys for Defendant
8                                               BD BIOSCIENCES, a business segment of
                                                BECTON, DICKINSON AND COMPANY, a
9                                               New Jersey corporation (erroneously sued
                                                herein as "BD BIOSCIENCES, a division of
10                                              BECTON, DICKINSON and CO.")

11
    Firmwide:82936213.3 045252.1054
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

2.

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113.2303. On August 21, 2007, I served the within document(s):

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 3-16)**

☐ by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 408.288.5686. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Jose, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

H. Tim Hoffman, Esq.
Hoffman & Lazear
180 Grand Avenue, Suite 1550
Oakland, CA 94612

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

////

////

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408.998.4150

PROOF OF SERVICE

1  I declare under penalty of perjury under the laws of the State of California that the
2  above is true and correct. Executed on August 21, 2007, at San Jose, California.

3
4
5  _____
   Sandy Joyner

Firmwide:82961083.1 045252.1054

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408.998.4150

2.

PROOF OF SERVICE