1  H. TIM HOFFMAN (State Bar #049141)
   ARTHUR W. LAZEAR (State Bar #083603)
2  MORGAN M. MACK (State Bar #212659)
   Hoffman & Lazear, Attorneys
3  180 Grand Avenue, Suite 1550
   Oakland, California 94612
4  (510) 763-5700 (telephone)

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DALIP SINGH, | ) | C 07 04300 HRL |
|---|---|---|
| Plaintiff | ) | |
| vs. | ) | DEMAND FOR JURY TRIAL |
| BD BIOSCIENCES, a division of BECTON DICKENSON and CO., and DOES 1 THOUGH 20, inclusive | ) | |
| Defendants. | ) | |

TO: All parties and to their attorneys of record:

Please take notice that, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, plaintiff DALIP SINGH hereby demands a jury trial in the above-captioned action.

Dated:   August 23, 2007           HOFFMAN & LAZEAR

                                    _____
                                    H. TIM HOFFMAN
                                    Attorney for Plaintiffs