1  CHRISTOPHER E. COBEY, SBN 060821
   MARYAM S. KARSON, SBN 221184
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando Street, 14th Floor
   San Jose, CA 95113
4  Telephone:    408.998.4150
   Facsimile:    408/790-0564
5  ccobey@littler.com
   mkarson@littler.com
6

7  Attorneys for Defendant
   BD BIOSCIENCES, a business segment of
8  BECTON, DICKINSON AND COMPANY, a New
   Jersey corporation (erroneously sued herein as "BD
9  BIOSCIENCES, a division of BECTON,
   DICKINSON and CO.")
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14
   DALIP SINGH,                          Case No.  C 07 04300 HRL
15
            Plaintiff,                   **PROOF OF SERVICE**
16
       v.
17
   BD BIOSCIENCES, a division of
18 BECTON, DICKINSON and CO., and
   DOES 1 through 20, inclusive,
19
            Defendants.
20

21

22 ////

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

FIRMWIDE:82967261.1 045252.1054                    Case No. 07-04300 HRL

**PROOF OF SERVICE**

1        **PROOF OF SERVICE**

2

3        I am a resident of the State of California, over the age of eighteen years, and not a

4    party to the within action. My business address is 50 West San Fernando Street, 14th Floor, San

5    Jose, California 95113.2303. On August 21, 2007, I served the within document(s):

6        **ORDER SETTING INITIAL CASE MANAGEMENT**
         **CONFERENCE AND ADR DEADLINES**
7
         **NORTHERN DISTRICT OF CALIFORNIA SAN JOSE**
8        **DIVISION CRIMINAL AND CIVIL LAW**
         **MOTION/TRIAL/SETTLEMENT/CASE**
9        **MANAGEMENT/DISMISSAL HEARING SCHEDULES**

10       **NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES**
         **MAGISTRATE JUDGE**
11
         **CONSENT TO PROCEED BEFORE A UNITED STATES**
12       **MAGISTRATE JUDGE**

13       **DECLINATION TO PROCEED BEFORE A MAGISTRATE**
         **JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED**
14       **STATES DISTRICT JUDGE**

15       **ECF REGISTRATION INFORMATION HANDOUT**

16       **NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE**
         **INFORMATION**
17
         **GENERAL ORDER NO. 53**
18
         **GENERAL ORDER NO. 40/PROHIBITION OF BIAS**
19
         **GENERAL ORDER NO. 45/ELECTRONIC CASE FILING**
20
         **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF**
21       **SERVICE OF SUMMONS**

22       **WAIVER OF SERVICE OF SUMMONS**

23       **INSTRUCTIONS FOR COMPLETION OF ADR FORMS**
         **REGARDING SELECTION OF AN ADR PROCESS (ADR**
24       **LOCAL RULE 3-5)**

25       **ADR CERTIFICATION BY PARTIES AND COUNSEL**

26       **STIPULATION AND [PROPOSE] ORDER SELECTING ADR**
         **PROCESS**
27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

PROOF OF SERVICE

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

**ADR DISPUTE RESOLUTION PROCEDURES**

☐     by facsimile transmission at or about _____ on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 408.288.5686. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒     by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Jose, California addressed as set forth below.

☐     by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐     by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

H. Tim Hoffman, Esq.
Hoffman & Lazear
180 Grand Avenue, Suite 1550
Oakland, CA 94612

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 21, 2007, at San Jose, California.

_Sandy Joyner_
Sandy Joyner

Firmwide:82967151.1 045252.1054

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

2.