**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Singh,<br><br>               Plaintiff(s),<br><br>    v.<br><br>BD Biosciences,<br><br>               Defendant(s). | 07-04300 HRL<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---
**Notice Re: Noncompliance With Court Order**
07-04300 HRL                                              -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: November 14, 2007
9                                          RICHARD W. WIEKING
                                            Clerk
10                                         by:    Timothy J. Smagacz

11                                         *Timothy Smagacz*
12                                         ─────────────────────────────
                                            ADR Administrative Assistant
                                            415-522-4205
13                                         Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-04300 HRL                    -2-

PROOF OF SERVICE

Case Name:	Singh v. BD Biosciences

Case Number:	07-04300 HRL

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On November 14, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Arthur William Lazear
> Hoffman & Lazear
> 180 Grand Avenue, Suite 1550
> Oakland, CA 94612
> awl@hoffmanandlazear.com
>
> Morgan M. Mack
> Hoffman and Lazear
> 180 Grand Avenue
> Suite 1550
> Oakland, CA 94612
>
> H. Tim Hoffman
> Hoffman & Lazear
> 180 Grand Avenue, Suite 1550
> Oakland, CA 94612
> hth@hoffmanandlazear.com
>
> Christopher E. Cobey
> Littler Mendelson
> 50 W. San Fernando Street, 14th Floor

San Jose, CA 95113
ccobey@littler.com

Maryam Soleimani Karson
Littler Mendelson
50 W. San Fernando Street
14th Floor
A Professional Corporation
San Jose, CA 95113
maryamkarson@yahoo.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 14, 2007 in San Francisco, California.

>
> RICHARD W. WIEKING
> Clerk
> by:    Timothy J. Smagacz
>
> *Timothy Smagacz*
> _____
> ADR Administrative Assistant
> 415-522-4205
> Tim_Smagacz@cand.uscourts.gov