1  HOFFMAN & LAZEAR
   H. Tim Hoffman SBN 49141
2  Arthur Lazear SBN 83603
   Morgan M. Mack SBN 212659
3  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
4  Telephone (510) 763-5700

5  Attorneys for Plaintiff Dalip Singh

6
           SUPERIOR COURT OF THE STATE OF CALIFORNIA
7
                  FOR THE COUNTY OF SANTA CLARA
8

9  DALIP SINGH,                    )  Case No. C 07-04300 HRL
              Plaintiff,           )
10                                 )
       vs.                         )  CONSENT TO PROCEED BEFORE A
11                                 )  UNITED STATES MAGISTRATE JUDGE
   BD BIOSCIENCES, a division of   )
12 BECTON, DICKINSON and CO.,      )
   and DOES 1 through 20, inclusive,)
13                                 )
              Defendants.          )
14                                 )
                                   )
15                                 )

16 CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

17 In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

18 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

19 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

20 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

21

22
   Dated: November 16, 2007          HOFFMAN & LAZEAR
23

24                                   *[signature]*

25                                   H. TIM HOFFMAN.
                                     Attorney for Plaintiff Dalip Singh
26

27

28