| | |
|---|---|
| 1 | CHRISTOPHER E. COBEY, SBN 060821 |
| | MARYAM S. KARSON, SBN 221184 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 50 W. San Fernando Street, 14th Floor |
| | San Jose, CA 95113 |
| 4 | Telephone:   408.998.4150 |
| | Facsimile:   408/790-0564 |
| 5 | ccobey@littler.com |
| | mkarson@littler.com |
| 6 | |
| 7 | Attorneys for Defendant |
| | BD BIOSCIENCES, a business segment of |
| 8 | BECTON, DICKINSON AND COMPANY, a New |
| | Jersey corporation (erroneously sued herein as "BD |
| 9 | BIOSCIENCES, a division of BECTON, |
| | DICKINSON and CO.") |
| 10 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DALIP SINGH, | Case No. C 07 04300 HRL |
| Plaintiff, | **ADR CERTIFICATION OF DEFENDANT BD BIOSCIENCES** |
| v. | |
| BD BIOSCIENCES, a division of BECTON, DICKINSON and CO., and DOES 1 through 20, inclusive, | |
| Defendants. | |

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

       (2) Discussed the available dispute resolution options provided by the Court and private entities; and

       (3) Considered whether this case might benefit from any of the available dispute

Case No. C 07 04300 HRL

**DEFENDANT BD BIOSCIENCE'S ADR CERTIFICATION**

1 | resolution options.

2 | Dated: November 19, 2007

3

4

5 | _____
DEFENDANT BD BIOSCIENCES, a business
segment of BECTON, DICKINSON AND
6 | COMPANY, a New Jersey corporation
(erroneously sued herein as "BD
7 | BIOSCIENCES, a division of BECTON,
DICKINSON and CO.")

8

9 | By: CLAUDIA CURTIS, Counsel

10

11 | Dated: November 19, 2007

12 | _____
CHRISTOPHER E. COBEY
13 | LITTLER MENDELSON
A Professional Corporation
14 | Attorneys for Defendant
BD BIOSCIENCES, a business segment of
15 | BECTON, DICKINSON AND COMPANY, a
New Jersey corporation (erroneously sued
16 | herein as "BD BIOSCIENCES, a division of
BECTON, DICKINSON and CO.")

17

18 | Firmwide:83560650.3 045252.1054

19

20

21

22

23

24

25

26

27

28

**DEFENDANT BD BIOSCIENCES' ADR CERTIFICATION**