1  CHRISTOPHER E. COBEY, SBN 060821
   MARYAM S. KARSON, SBN 221184
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando Street, 14th Floor
   San Jose, CA 95113
4  Telephone:    408.998.4150
   Facsimile:    408/790-0564
5  ccobey@littler.com
   mkarson@littler.com
6

7  Attorneys for Defendant
   BD BIOSCIENCES, a business segment of
8  BECTON, DICKINSON AND COMPANY, a New
   Jersey corporation (erroneously sued herein as "BD
9  BIOSCIENCES, a division of BECTON,
   DICKINSON and CO.")
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DALIP SINGH, | Case No. C 07 04300 HRL |
|---|---|
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| BD BIOSCIENCES, a division of BECTON, DICKINSON and CO., and DOES 1 through 20, inclusive, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendants. | |

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and requests the reassignment of this case to a

//
//
//
//
//

CASE NO. C07 04300 HRL

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

1  United States District Judge.

2  Dated: November 19, 2007

*Christopher E. Cobey*
CHRISTOPHER E. COBEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BD BIOSCIENCES, a business segment of
BECTON, DICKINSON AND COMPANY, a
New Jersey corporation (erroneously sued
herein as "BD BIOSCIENCES, a division of
BECTON, DICKINSON and CO.")

Firmwide:83609306.2 045252.1054