**United States District Court**

For the Northern District of California

1

2                          UNITED STATES DISTRICT COURT

3                          NORTHERN DISTRICT OF CALIFORNIA

4                               SAN JOSE DIVISION

5

6

7
Dalip Singh,                                  No. C07-04300
8
              Plaintiff,
9
    v.                                        **CLERK'S NOTICE OF IMPENDING
10                                            REASSIGNMENT TO A UNITED
BD Biosciences a division of Becton Dickinson **STATES DISTRICT JUDGE**
11  and Company,

12            Defendant.
                                          /
13  _____

14

15          The Clerk of this Court will now randomly reassign this case to a United States

16  District Judge because one or more of the parties has requested reassignment to a United States

17  District Judge or has not consented to jurisdiction by a Magistrate Judge.

18          PLEASE TAKE NOTICE that a Case Management Conference in the above-

19  entitled matter which was previously set for November 27, 2007  before the Honorable Judge

20  Howard R. Lloyd has been vacated.

21

22

23

24

25

26  Dated: November 20, 2007              RICHARD W. WIEKING,
                                          United States District Court
27

28                                         _/s/ Patty Cromwell_____
                                          By: Patty Cromwell
                                          Courtroom Deputy Clerk to
                                          Magistrate Judge Howard R. Lloyd

1

2    THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3

4    Christopher E. Cobey      ccobey@littler.com, sjoyner@littler.com

5    H. Tim Hoffman      hth@hoffmanandlazear.com

6    Maryam Soleimani Karson      maryamkarson@yahoo.com, maryamsoleimani@yahoo.com

7    Arthur William Lazear      awl@hoffmanandlazear.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California