UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DALIP SINGH,

          Plaintiff,

  v.

BD BIOSCIENCES et al,

          Defendant.

Case Number: CV07-04300 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Morgan M. Mack  
Hoffman and Lazear  
180 Grand Avenue  
Suite 1550  
Oakland, CA 94612

Dated: November 21, 2007

                                          Richard W. Wieking, Clerk  
                                          By: Tiffany Salinas-Harwell, Deputy Clerk