1  CHRISTOPHER E. COBEY, SBN 060821
   MARYAM S. KARSON, SBN 221184
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando Street, 15th Floor
   San Jose, CA 95113
4  Telephone:    408.998.4150
   Facsimile:    408/790-0564
5  ccobey@littler.com
   mkarson@littler.com
6

7  Attorneys for Defendant
   BD BIOSCIENCES, a business segment of
8  BECTON, DICKINSON AND COMPANY, a New
   Jersey corporation (erroneously sued herein as "BD
9  BIOSCIENCES, a division of BECTON,
   DICKINSON and CO.")
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14
   DALIP SINGH,                          Case No. C 07 04300 RMW
15
              Plaintiff,                 **NOTICE OF CHANGE OF ADDRESS**
16
       v.
17
   BD BIOSCIENCES, a division of
18 BECTON, DICKINSON and CO., and
   DOES 1 through 20, inclusive,
19
              Defendants.
20

21

22         NOTICE IS HEREBY GIVEN to the Court and to Plaintiffs and their attorney of

23 record that as of the date of this document, the Law Firm of Littler Mendelson, Attorneys for

24 Defendant Marquez Brothers International, Inc. has changed its address for service of notices and

25 documents in this case to the following:
           Christopher E. Cobey
26         Littler Mendelson
           50 West San Fernando Street, **15th Floor**
27         San Jose, CA 95113-2303
           Telephone: (408) 998-4150
28

1  Please update your records so that all future correspondence and
2  communications will be properly addressed in this case

3  Dated: December 19, 2007    Respectfully submitted,

*[signature: Christopher E. Cobey]*

CHRISTOPHER E. COBEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BD BIOSCIENCES, a business segment of
BECTON, DICKINSON AND COMPANY, a
New Jersey corporation (erroneously sued
herein as "BD BIOSCIENCES, a division of
BECTON, DICKINSON and CO.")

Firmwide:83882662.1 045252.1054

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

2.

NOTICE OF CHANGE OF ADDRESS