1  ARTHUR W. LAZEAR, SBN 83603
   MORGAN M. MACK, SBN 212659
2  HOFFMAN & LAZEAR
   180 Grand Avenue, Suite 1550
3  Oakland, CA 94612
4  Telephone: 510/763-5700
   Facsimile:  510/835-1311
5
6  Attorneys for Plaintiff
   DALIP SINGH
7
   CHRISTOPHER E. COBEY, SBN 060821
8  MARYAM S. KARSON, SBN 221184
   LITTLER MENDELSON
9  A Professional Corporation
   50 W. San Fernando Street, 15th Floor
10 San Jose, CA 95113
   Telephone:   408.998.4150
11 Facsimile:   408/790-0564
   ccobey@littler.com
12 mkarson@littler.com

13 Attorneys for Defendant
   BD BIOSCIENCES, a business segment of
14 BECTON, DICKINSON AND COMPANY, a New
   Jersey corporation (erroneously sued herein as "BD
15 BIOSCIENCES, a division of BECTON,
   DICKINSON and CO.")
16

17                   UNITED STATES DISTRICT COURT
18                  NORTHERN DISTRICT OF CALIFORNIA
19                           SAN JOSE DIVISION

20 | DALIP SINGH, | Case No.  C 07 04300 RMW |
   |---|---|
21 | Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |
22 | v. | |
23 | BD BIOSCIENCES, a division of BECTON, DICKINSON and CO., and DOES 1 through 20, inclusive, | Date:       January 11, 2008<br>Time:       10:30 a.m.<br>Courtroom: 6 |
24 | | |
25 | Defendants. | |
26
27
28         The parties to the above-entitled action jointly submit this Case Management

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

Statement and proposed Order, and request the Court to adopt it as its Case Management Order in this case.

**1.   JURISDICTION AND SERVICE**

The Court has subject matter jurisdiction pursuant to 28 U.S.C. section 1332(a). No issues exist concerning personal jurisdiction or venue. No parties remain to be served.

**2.   FACTS**

<u>Plaintiff:</u>

Plaintiff filed his complaint for damages on July 17, 2007. Plaintiff claims that, while employed by Defendant, he was subjected to repeated incidents of harassment and discrimination based on his race and national origin. Plaintiff made several complaints. Plaintiff was terminated after making these complaints. Plaintiff claims this was a wrongful termination in violation of California and Federal Law.

<u>Defendant:</u>

Defendant denies all material allegations in Plaintiff's complaint. While Defendant does not dispute the fact that it fired Plaintiff, Defendant vigorously disputes that the termination of Plaintiff's employment was based on any unlawful motives. Defendant terminated Plaintiff's employment for legitimate business reasons, including Plaintiff's unauthorized access and review of private emails. The EEOC investigated the Plaintiff's charges of discrimination, and concluded that there was insufficient evidence to establish the violations claimed in Plaintiff's EEOC charges.

**3.   LEGAL ISSUES**

<u>Plaintiff:</u>

The following are the most significant legal issues to be decided in this case:

1.   Whether Plaintiff was subjected to repeated incidents of harassment and discrimination.

2.   Whether Plaintiff was wrongfully terminated after complaining of harassment and discrimination in violation of California and/or Federal law.

3.   Whether Plaintiff is entitled to general damages, monetary relief, punitive damages,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

interest, attorneys' fees, costs of suit and/or other relief under California and/or Federal law.

<u>Defendant</u>:

The following are the most significant legal issues to be decided in this case:

1. Whether Plaintiff was subjected to unlawful harassment or discrimination as defined by California law.

2. Whether Plaintiff was wrongfully terminated after complaining of harassment and discrimination in violation of California law.

3. Whether Plaintiff is entitled to general damages, monetary relief, punitive damages, interest, attorneys' fees, costs of suit or other relief under California law.

**4. MOTIONS**

<u>Plaintiff</u>:

Plaintiff does not anticipate filing any motions at this time.

<u>Defendant</u>:

If the case is not resolved by Early Neutral Evaluation (ENE) Defendant anticipates filing motions concerning discovery, motions for summary judgment/summary adjudication of the claims, motions in limine, and other pretrial motions.

**5. AMENDMENT OF PLEADINGS**

None.

**6. EVIDENCE PRESERVATION**

No anticipated issues at this time.

**7. DISCLOSURES**

The parties have copies of each other's submissions to the EEOC.

**8. DISCOVERY**

If the case is not resolved by ENE, the parties anticipate taking at least the depositions of the following people: Plaintiff, certain agents/employees of Defendant regarding issues of liability and damages. The parties agree that it should not be necessary to take more than ten (10) depositions or for any of the depositions to take more than seven (7) hours. However, if it appears necessary to exceed these limits, the parties will work together to reach an agreement. The

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

3.

C07 04300 RMW

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

parties also will conduct written discovery in accordance with the Fed. R. Civ. P. and Local Rules, including the limitations set forth therein.

### 9. CLASS ACTIONS

Not applicable.

### 10. RELATED CASES

None.

### 11. RELIEF

<u>Plaintiff</u>:

Plaintiff seeks damages, restitution, civil penalties, interest, and attorneys' fees and/or other and further relief as the Court deems just and proper.

<u>Defendant</u>:

Defendant seeks an order dismissing Plaintiff's claims with prejudice and entering judgment in favor of Defendant and against Plaintiff, and attorneys' fees and costs incurred by Defendant in defending this action.

### 12. SETTLEMENT AND ADR

Pursuant to an order issued by the Honorable Ronald M. Whyte on December 12, 2007, the parties must participate in Early Neutral Evaluation (ENE) by March 10, 2008. The parties have agreed to participate in an ENE of this case by that date.

### 13. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

The parties do not consent to the appointment of a magistrate judge for all purposes. Pursuant to the Court's order of November 20, 2007, this case has been assigned to the Honorable Ronald M. Whyte for all proceedings.

### 14. OTHER REFERENCES

On August 21, 2007, this Case was assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.

### 15. NARROWING OF ISSUES

<u>Plaintiff</u>:

No narrowing of the issues is achievable at this time.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

Defendant:

If the case is not resolved by ENE, Defendant anticipates filing a motion for summary judgment or, alternatively, summary adjudication of the claims, after propounding initial written discovery and taking Plaintiff's deposition. Defendant does not anticipate any dispositive or partially dispositive issues appropriate for decision by agreement at this preliminary stage of the proceedings.

### 16. EXPEDITED SCHEDULE

The parties have been ordered to engage in ENE by March 10, 2008. The parties do not believe this is the type of case that can otherwise be handled on an expedited basis with streamlined procedures.

### 17. SCHEDULING

Plaintiff:

Plaintiff believes that non-expert discovery cut-off and expert disclosure should be 60 days before trial and expert discovery cut-off should be 30 days before trial.

Defendant:

To be determined subsequent to ENE.

### 18. TRIAL

Plaintiff believes that the case should be ready for trial in June 2008.

If this case is not resolved through ENE, the parties anticipate that the trial of this matter, on a date to be determined, will take approximately two to three days.

### 19. DISCLOSURES OF NON-PARTY INTERESTED ENTITIES OR PERSONS

At this time, the parties are unaware of any non-party interested entities or persons.

### 20. OTHER MATTERS

None anticipated at this time.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

5.

C07 04300 RMW

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

1  Dated: January 3, 2008

_____
ARTHUR W. LAZEAR
HOFFMAN & LAZEAR
Attorneys for Plaintiff
DALIP SINGH

Dated: January 3, 2008

_____
CHRISTOPHER E. COBEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BD BIOSCIENCES, a business segment of
BECTON, DICKINSON AND COMPANY, a
New Jersey corporation (erroneously sued
herein as "BD BIOSCIENCES, a division of
BECTON, DICKINSON and CO.")

**ORDER**

**IT IS SO ORDERED.**

Dated: January __, 2008

_____
The Honorable Ronald M. Whyte

Firmwide:83617436.3 045252.1054