# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Singh,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>BD Biosciences,<br><br>　　　　　Defendant(s). | 07-04300 RMW ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Deborah Shefler**
> PG & E Law Department
> 77 Beale St., Room 3017
> San Francisco, CA 94105
> 415-973-2959

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-04300 RMW ENE　　　　　　　　　- 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

4 Dated: January 8, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-04300 RMW ENE                - 2 -