UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: January 11, 2008

Case No. C-07-04300-RMW    JUDGE: Ronald M. Whyte

DALIP SINGH    -v-  BD BIOSCIENCES, et al.
Title

Appeared    Appeared
Attorneys Present    Attorneys Present

COURT CLERK: Jackie Garcia    COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. The Court set the following schedule for the case: Jury Trial set for 9/29/08 @ 1:30 pm; Pretrial Conference set for 9/18/08 @ 2:00 pm; Joint Pretrial Statement due 9/12/08; Hearing on Dispositive Motions set for 8/8/08 @ 9:00 am; Discovery cutoff 6/13/08; Expert Discovery cutoff 7/31/08; Disclosure of Experts by 6/13/08. Discovery Limits: Depositions - 10 per side; Interrogatories - 25 per side; Request for Admissions - 10 per side; Document Request - no limit, but narrowly tailored. The parties are required to have a settlement conference with Magistrate Lloyd prior to the pretrial conference. Defendant to prepare order following the conference.