**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Singh,<br><br>           Plaintiff(s),<br><br>    v.<br><br>BD Biosciences,<br><br>           Defendant(s). | No. C 07-04300 RMW ENE<br><br>**Certification of ADR Session** |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) 2/27/08

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: 2/27/08                    [signature]

Evaluator, Deborah Shefler
PG & E Law Department
77 Beale St., Room 3017
San Francisco, CA 94105

Certification of ADR Session
07-04300 RMW ENE