| | |
|---|---|
| 1 | H. TIM HOFFMAN, SBN 49141 |
|   | MORGAN M. MACK, SBN 212659 |
| 2 | HOFFMAN & LAZEAR |
|   | 180 Grand Avenue, Suite 1550 |
| 3 | Oakland, CA 94612 |
|   | Telephone: 510/763-5700 |
| 4 | Facsimile: 510/835-1311 |
| 5 | hth@hoffmanandlazear.com |
|   | mmm@hoffmanandlazear.com |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | DALIP SINGH |
| 8 | |
|   | CHRISTOPHER E. COBEY, SBN 060821 |
| 9 | MARYAM S. KARSON, SBN 221184 |
|   | LITTLER MENDELSON |
| 10| A Professional Corporation |
|   | 50 W. San Fernando Street, 14th Floor |
| 11| San Jose, CA 95113 |
|   | Telephone: 408.998.4150 |
| 12| Facsimile: 408/790-0564 |
|   | ccobey@littler.com |
| 13| mkarson@littler.com |
| 14| Attorneys for Defendant |
|   | BD BIOSCIENCES, a business segment of |
| 15| BECTON, DICKINSON AND COMPANY, a New |
|   | Jersey corporation (erroneously sued herein as "BD |
| 16| BIOSCIENCES, a division of BECTON, |
|   | DICKINSON and CO.") |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DALIP SINGH, | Case No. C 07 04300 RMW |
| Plaintiff, | **STIPULATION TO DISMISS AND [PROPOSED] ORDER THEREON** |
| v. | |
| BD BIOSCIENCES, a division of BECTON, DICKINSON and CO., and DOES 1 through 20, inclusive, | |
| Defendants. | |

.1 045252.1054                                                        C07 04300 RMW

**STIPULATION TO DISMISS AND [PROPOSED] ORDER THEREON**

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), it is hereby stipulated by and between the parties to this action, through their respective designated counsel, that the above-captioned matter be, and hereby is, dismissed with prejudice, as a result of the parties' execution of a Confidential Settlement Agreement and Release of All Claims ("Settlement Agreement"). Each party shall bear its own attorneys' costs and fees.

The court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement. The Settlement Agreement itself, however, is and shall remain confidential, unless and until an issue regarding the enforcement thereof arises between the parties.

Dated: June 17, 2008

_____
MORGAN M. MACK, for Plaintiff DALIP SINGH

Dated: June 18, 2008

_____
CHRISTOPHER E. COBEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BD BIOSCIENCES, a business segment of BECTON, DICKINSON AND COMPANY, a New Jersey corporation (erroneously sued herein as "BD BIOSCIENCES, a division of BECTON, DICKINSON and CO.")

**ORDER**

IT IS SO ORDERED.

Dated: June ___, 2008

_____
THE HONORABLE RONALD M. WHYTE
Judge, U.S. District Court,
Northern District of California