```
 1  H. TIM HOFFMAN, SBN 49141
    MORGAN M. MACK, SBN 212659
 2  HOFFMAN & LAZEAR
    180 Grand Avenue, Suite 1550
 3  Oakland, CA 94612
    Telephone: 510/763-5700
 4  Facsimile:  510/835-1311
    hth@hoffmanandlazear.com
 5  mmm@hoffmanandlazear.com
 6
    Attorneys for Plaintiff
 7  DALIP SINGH
 8
    CHRISTOPHER E. COBEY, SBN 060821
 9  MARYAM S. KARSON, SBN 221184
    LITTLER MENDELSON
10  A Professional Corporation
    50 W. San Fernando Street, 14th Floor
11  San Jose, CA 95113
    Telephone:   408.998.4150            *E-FILED - 8/6/08*
12  Facsimile:   408/790-0564
    ccobey@littler.com
13  mkarson@littler.com
14  Attorneys for Defendant
    BD BIOSCIENCES, a business segment of
15  BECTON, DICKINSON AND COMPANY, a New
    Jersey corporation (erroneously sued herein as "BD
16  BIOSCIENCES, a division of BECTON,
    DICKINSON and CO.")
17
18                   UNITED STATES DISTRICT COURT
19                  NORTHERN DISTRICT OF CALIFORNIA
20                          SAN JOSE DIVISION

21  DALIP SINGH,                    Case No. C 07 04300 RMW
22              Plaintiff,           STIPULATION TO DISMISS AND
                                     [PROPOSED] ORDER THEREON
23       v.
24  BD BIOSCIENCES, a division of
    BECTON, DICKINSON and CO., and
25  DOES 1 through 20, inclusive,
26              Defendants.
27
28
                       .1 045252.1054                      C07 04300 RMW
            STIPULATION TO DISMISS AND [PROPOSED] ORDER THEREON
```

1    Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), it is hereby stipulated by and between the parties to this action, through their respective designated counsel, that the above-captioned matter be, and hereby is, dismissed with prejudice, as a result of the parties' execution of a Confidential Settlement Agreement and Release of All Claims ("Settlement Agreement"). Each party shall bear its own attorneys' costs and fees.

The court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement. The Settlement Agreement itself, however, is and shall remain confidential, unless and until an issue regarding the enforcement thereof arises between the parties.

Dated: June 17, 2008

_____
MORGAN M. MACK, for Plaintiff DALIP SINGH

Dated: June 18, 2008

_____
CHRISTOPHER E. COBEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BD BIOSCIENCES, a business segment of BECTON, DICKINSON AND COMPANY, a New Jersey corporation (erroneously sued herein as "BD BIOSCIENCES, a division of BECTON, DICKINSON and CO.")

**ORDER**

IT IS SO ORDERED.

Dated: ~~June~~ August 6, 2008

_____
THE HONORABLE RONALD M. WHYTE
Judge, U.S. District Court,
Northern District of California